United States Courts
Southern District of Texas
FILED

*January 28, 2021*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **4:21cr40** |
| | § | |
| **vs.** | § | CRIMINAL NO. |
| | § | |
| MARK ESTRADA, | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

### (Felon in Possession of a Firearm)

On or about January 6, 2020, in the Southern District of Texas, the defendant,

### MARK ESTRADA,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, an Anderson Manufacturing, Model AM-15, .223 caliber rifle, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Felon in Possession of a Weapon, as charged in Count One, all firearms and ammunition involved in or used in a violation of Title 18, United States Code, Sections 922(g)(1) are subject to forfeiture, including but not limited to:

1) 3 Anderson Manufacturing, Model AM-15, .223 caliber rifles with serial numbers 14158822, 14156560 and 20304360.

A TRUE BILL:

## Original Signature on File

_____
FOREPERSON OF THE GRAND JURY

RYAN PATRICK
United States Attorney

By:   *Lisa M. Collins*
LISA M. COLLINS
Assistant United States Attorney