UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § Criminal Number: 4:21CR00040 |
| | § |
| MARK ESTRADA, | § |
| | § |
| Defendant. | § |

## UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW, the United States of America ("United States"), by and through undersigned counsel, and files this unopposed motion for a continuance and waiver of speedy trial time pursuant to 18 U.S.C. § 3161(h)(7)(A).

The above listed Defendant is currently set for sentencing on July 1, 2021. As the PSR report is still being finalized, the United States requests a 60 day Continuance in order for both the United States and the Defendant to review the report and make any appropriate objections or corrections prior to sentencing.

WHEREFORE, PREMISES CONSIDERED, the United States respectfully prays that this Court grant this Motion, that the trial date be continued without prejudice for at least 60 days, and for such other and further relief which the parties may be entitled to receive.

Date: June 17, 2021

Respectfully submitted,

Jennifer B. Lowery
Acting United States Attorney
Southern District of Texas

By:    *s/ Lisa Marie Collins*
      Lisa Marie Collins
      Assistant United States Attorney
      1000 Louisiana Street, 24th Floor
      Houston, Texas 77002
      Tel.: (713) 567-9700
      *Counsel for the United States of America*

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that on June 16, 2021, I Assistant United States Attorney Lisa Marie Collins, conferred with opposing counsel in this case Mr. Lake and he indicated he was unopposed to the instant motion.

*s/ Lisa M. Collins*
Lisa M. Collins
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2021, I electronically filed this document using CM/ECF system, to which defense counsel is a member and emailed a copy as well.

*s/ Lisa M. Collins*
Lisa M. Collins
Assistant United States Attorney
